| Attorney or Party Name, Address, Telephone & Fax Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Julie J. Villalobos 263382**<br>**10900 183rd Street**<br>**Suite 270**<br>**Cerritos, CA 90703**<br>**(562)741-3938 Fax: (888)408-2210**<br>California State Bar Number: **263382 CA**<br>**julie@oaktreelaw.com**<br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for:* ___ | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Elie Nelson**<br>**Sheri Nelson**<br><br><br><br>Debtor. | CASE NO.: **6:17-bk-19697-MJ**<br><br>CHAPTER __**13**__<br><br><br>**NOTICE OF OPPOSITION AND REQUEST FOR A HEARING** |
|---|---|

1. TO *(specify name)*: Rod Danielson, Chapter 13 Trustee

2. NOTICE IS HEREBY GIVEN that the __**Debtors Elie Nelson and Sheri Nelson**__, a party in interest, hereby opposes the following request *(specify that which is opposed)*:

   Trustee's Motion to Dismiss

3. This opposition is based upon the following grounds *(specify grounds)*:

   **The Debtors fell behind post-petition. One payment was returned for failure to put the case number on the cashier's check, Debtors resent that payment in March of 2018 (for the January 2018 payment). Debtors will be making the February 2018 payment this month and the Trustee has agreed to stipulate to suspend the March 2018 payment once the two payments for January and February are credited. Debtors anticipate this will be credited and the stipulation entered prior to the hearing date on this Motion to Dismiss.**

4. Attached hereto are the following documents in support of this opposition which are admissible under the Federal Rules of Evidence *(specify declarations and exhibits by name or description)*:

5. ☐ *(Optional)* Attached hereto is a Memorandum of Points and Authorities upon which opposing party will rely.

6. Total number of attached pages of supporting documentation: ___

---
This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9013-1.3.OPPOSITION.REQ.HEARING**

Any reply to this opposition must be filed with the court and served on this opposing party not later than 7 days prior to the hearing on the motion.

WHEREFORE, the undersigned prays that this court deny the subject request and set this matter for a hearing.

| Dated: **March 20, 2018** | Respectfully submitted, |
| --- | --- |
| | **Oaktree Law** |
| | Printed name of law firm |
| | **/s/ Julie J. Villalobos** |
| | Signature |
| | **Julie J. Villalobos 263382** |
| | Printed name |
| | Attorney for:  **Elie Nelson** |
| |                         **Sheri Nelson** |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 2                          **F 9013-1.3.OPPOSITION.REQ.HEARING**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10900 183rd Street
Suite 270
Cerritos, CA 90703**

A true and correct copy of the foregoing document entitled (*specify*):   **Opposition and Request for a Hearing**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  **3/20/18**   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Rod Danielson (TR) notice-efile@rodan13.com
- Kenya C Jones kenya.jones@wellsfargo.com
- Nathaniel McIntyre cbp@spirngleaf.com
- Avi Schild bk@atlasacq.com
- Valerie Smith claims@recoverycorp.com
- United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov
- Julie J Villalobos julie@oaktreelaw.com, oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On  **3/20/18**   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 325
Riverside, CA 92501**

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 20, 2018 | Julie J. Villalobos 263382 | /s/ Julie J. Villalobos |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |